UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NICHOLAS TRAYLOR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 22-30021-MGM |
| | * | |
| v. | * | |
| | * | |
| | * | |
| JOHN BARBIERI, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 30, 2022

MASTROIANNI, U.S.D.J.

When *pro se* plaintiff Nicholas Traylor commenced this action, he filed a motion for leave to proceed *in forma pauperis* instead of paying the $402 filing fee. In an order dated May 19, 2022, the court, among other things, denied the motion and ordered Traylor either to pay the filing fee or file a renewed motion accompanied by his certified prison account statement. The court also advised Traylor that his complaint is subject to dismissal and granted him an opportunity to file an amended complaint. The court informed Traylor that failure to comply with the order within twenty-eight days could result in dismissal of the action.

The deadline for complying with the Court's May 19, 2022, order has passed without any response from Traylor.

Accordingly, the Court orders that this action be DISMISSED.

It is So Ordered.

　/s/ Mark G. Mastroianni　
MARK G. MASTROIANNI
United States District Judge